# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Jesse James Brownlee and Robin Kay Brownlee

      Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−3555    xxx−xx−7369

In Proceedings
Under Chapter 13

BK 15−30783−lkg

# ORDER CONFIRMING CHAPTER 13 PLAN

The Court finds that the plan (and if applicable as amended or modified) meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**

The debtor's Chapter 13 plan is confirmed.

By April 30th of each year, the Debtor(s) shall provide the Trustee with a true and complete signed copy of their state and federal income tax return(s) for the preceding year. If an extension is filed, or the Debtor(s) are not required to file a return, by April 30th of each year, the Debtor(s) shall provide the Trustee with an executed copy of the extension, or Affidavit stating they are not required to file said return(s). The Trustee shall compute the amount, if any, of the Debtor(s)' refund that must be turned over and send the Debtor(s) a letter notifying them of this amount. This amount is calculated as follows: any amount (excluding that received before the commencement of the case) that exceeds (i) monies credited for Earned Income Credit and/or Child Tax Credit plus (ii) $750.00 per Debtor.

These additional proceeds shall increase the minimum required distribution to the Debtor(s)' allowed general unsecured creditors and the Trustee is authorized to increase the base amount of the Debtor(s)' Plan accordingly. Said funds must be tendered to the Trustee within 30 days of the date of said letter. Failure of the Debtor(s) to comply with any of the time parameters set forth herein will result in the dismissal of the case without further notice or hearing upon the Trustee's certification of said default. Notwithstanding the foregoing, nothing contained herein shall prohibit the Debtor(s) from timely filing a Motion with the Court, seeking authorization to retain all or any portion of such future tax refunds upon a showing of substantial need.

The attorney for the debtor(s) shall be paid attorney's fees as specified in the plan, and according to the Court's Chapter 13 Procedures Manual.

Confirmation of this plan does not remove the attorney for the debtor as attorney of record in this case. The attorney for the debtor shall remain counsel of record until the earliest of either the closing of the case or the entry of an order allowing the attorney for the debtor to withdraw as counsel.

No payment in an amount less than $15.00 shall be distributed by the Trustee to any creditor. Funds not distributed because of Bankruptcy Rule 3010(b) shall be paid whenever the accumulation aggregates $15.00. Any funds remaining shall be distributed with the final payment.

In the event the number of creditors filing Proofs of Claim is less than the number of creditors in the debtor's bankruptcy petition, the Trustee is directed to distribute all of the proceeds of the debtor's plan to those creditors whose claims have been allowed, but not to exceed 100 percent of the amount of any claim.

ENTERED: July 30, 2015

       /s/ Laura K. Grandy
       UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:                                                                Case No. 15-30783-lkg
Jesse James Brownlee                                                  Chapter 13
Robin Kay Brownlee
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0754-3          User: nm          Page 1 of 3          Date Rcvd: Jul 30, 2015
                             Form ID: 243       Total Noticed: 91

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2015.
```
db/jtdb          +Jesse James Brownlee,   Robin Kay Brownlee,   108 Village Drive,   Collinsville, IL 62234-4134
3602667           Advanced Heart Care LLC,   PO Box 798333,   Saint Louis, MO 63179-8003
3602675          +Ameren IP,   c/o MXX,   PO Box 66700,   Saint Louis, MO 63166-6700
3602673          +Ameren IP,   c/o CCB Credit Services,   PO Box 272,   Springfield, IL 62705-0272
3602669           Ameren Illinois,   PO Box 88034,   Chicago, IL 60680-1034
3602671           Ameren Illinois,   c/o Medicredit Inc.,   PO Box 66700,   Saint Louis, MO 63166-6700
3602672           Ameren Illinois,   c/o CCB Credit Services Inc,   PO Box 272,   Springfield, IL 62705-0272
3602676           Ameren Missouri,   c/o National Recovery Agency,   PO Box 67015,   Harrisburg, PA 17106-7015
3602677          +America's Financial Choice,   Belleville Office,   1630 Carlyle,   Belleville, IL 62221-4558
3602679          +Anderson Hospital,   c/o Credit Control LLC,   PO Box 248,   Hazelwood, MO 63042-0248
3602680          +Anderson Hosptial,   6800 State Route 162,   Maryville, IL 62062-8521
3602683           BJC Hospital,   PO Box 654540,   Saint Louis, MO 63195-4540
3602682          +Barb & Gary Hoffmann,   Okaw Valley Kampground,   1341 East 1650 Ave.,   Boley Drive,
                   Brownstown, IL 62418-4406
3602688          +CCB, Inc.,   5300 S. 6th St. Rd.,   Springfield, IL 62703-5184
3602696          +CNAC JD Byrider,   Drake Holdings,   4101 N. Belt West,   Belleville, IL 62226-5611
3602684         ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3485
                  (address filed with court: CACH LLC,   370 17th Street, Suite 5000,   Denver, CO 80202)
3602687          +Capital One Bank,   PO Box 30281,   Salt Lake City, UT 84130-0281
3602689           Charter Communications,   c/o Equipment Recovery Services,   PO Box 9062,
                   Addison, TX 75001-9062
3602691           Charter Communications,   PO Box 790886,   Saint Louis, MO 63179-0086
3602693          +Check N Go,   1407 W. Hwy 50, Ste. 102,   O Fallon, IL 62269-1672
3602692          +Check into Cash of Illinois,   1099 Beltline Road,   Collinsville, IL 62234-4380
3602694          +City of Collinsville,   Water Department,   125 South Center,   Collinsville, IL 62234-2797
3602695          +City of Collinsville Water,   c/o Credit Control,   PO Box 4521,   Chesterfield, MO 63006-4521
3602697          +Collection Co of America,   700 Longwater Dr.,   Norwell, MA 02061-1796
3602698          +Collection Company,   700 Longwater Drive,   Norwell, MA 02061-1796
3602701          +Derrick Cox,   519 East Clay,   Collinsville, IL 62234-3520
3602703          +Elite Imaging of Fairview Heights,   317 Salem Place, Suite 130,
                   Fairview Heights, IL 62208-1347
3602710         ++FLS HOLDINGS INC,   PO BOX 650,   WESTFIELD IN 46074-0650
                  (address filed with court: Firstsource Laboratory,   PO Box 50419,   Indianapolis, IN 46250)
3602706           First Community Credit Union,   17515 Chesterfield Airport Rd.,   Chesterfield, MO 63005
3602707          +First Payday Loans #478,   1238 Camp Jackson Rd.,   East Saint Louis, IL 62206-2232
3602709          +First Premier Bank,   900 W. Delaware St.,   Sioux Falls, SD 57104-0337
3602708          +First Premier Bank,   3820 N. Louise Ave.,   Sioux Falls, SD 57107-0145
3602711          +Gary & Barb Hoffmann,   Okaw Valley Kampground,   1341 East 1650 Ave.,   Boley Drive,
                   Borwnstown, IL 62418-4406
3602722          +IRS - Internal Revenue Services,   c/o Gerald Burke,   US States Attorney's Office,
                   9 Executive Drive, Ste. 300,   Fairview Heights, IL 62208-1344
3602717          +Imo's Pizza,   c/o ROI Services,   PO Box 1886,   Wake Forest, NC 27588-1886
3602718          +Imo's Pizza,   c/o Cybercollect,   PO Box 1145,   La Crosse, WI 54602-1145
3602719           Insta Credit Auto Mart, Inc.,   1807 W. Hwy 50,   Fairview Heights, IL 62208
3602724          +James Olryd D.P.M.,   4600 Memorial Drive,   Suite 300,   Belleville, IL 62226-5363
3602725          +John Engel,   c/o Madison Law Magistrate,   155 N. Main,   Edwardsville, IL 62025-1955
3602726          +King Of Cash,   6614 West Florissant,   Saint Louis, MO 63136-3646
3602728         ++LACLEDE GAS COMPANY,   700 MARKET ST,   ST LOUIS MO 63101-1829
                  (address filed with court: Laclede Gas Company,   Drawer 2,   Saint Louis, MO 63171)
3602727           Labcorp,   Payment Processing Center,   PO Box 55126,   Boston, MA 02205-5126
3602732          +Maryville Radiology,   c/o NOC Financial Systems,   PO Box 15270,   Wilmington, DE 19850-5270
3602731           Maryville Radiology,   PO Box 790051,   Saint Louis, MO 63179-0051
3602734           Memorial Hospital,   c/o Firstsource Advantage LLC,   PO Box 23860,   Belleville, IL 62223-0860
3602733           Memorial Hospital,   Dept. 30575,   PO Box 790126,   Saint Louis, MO 63179-0126
3607016          +Midland Credit Management,Inc,   as agent for MIDLAND FUNDING LLC,   PO Box 2011,
                   Warren, MI 48090-2011
3602737          +Midwest Emergency Management,   PO Box 24398,   Fort Worth, TX 76124-1398
3602743          +RKZ Management,   572 Axminister Dr.,   Fenton, MO 63026-2904
3602741          +Radiology Consultants Midwest,   c/o Medicredit Corp,   PO Bos 16023,
                   Saint Louis, MO 63105-0723
3602744          +Safe-n-Secure Storage,   812 South Morrison Ave.,   Collinsville, IL 62234-2131
3602748          +St. Elizabeth's Hospital,   211 South Third St,   Belleville, IL 62220-1998
3602749           St. Elizabeth's Hospital,   c/o FirstSource Financial Solutions,   PO Box 33009,
                   Phoenix, AZ 85067-3009
3602751          +Swansea Quick Cash,   2708 North Illinois,   Swansea, IL 62226-2316
3602755           Verizon Wireless,   c/o Stephens & Michaels Assoc.,   PO Box 109,   Salem, NH 03079-0109
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3602668           E-mail/Text: bkrpt@retrievalmasters.com Jul 30 2015 18:05:22      AMCA,   PO Box 1235,
                   Elmsford, NY 10523-0935
3602678           E-mail/Text: jasonm@afchoice.com Jul 30 2015 18:05:16      America's Financial Choice Inc,
                   2 Madison St,   2nd Floor,   Oak Park, IL 60302
```

District/off: 0754-3          User: nm                Page 2 of 3              Date Rcvd: Jul 30, 2015
                              Form ID: 243            Total Noticed: 91

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3602681          +E-mail/Text: g17768@att.com Jul 30 2015 18:05:17          AT&T,   PO Box 8100,
                  Aurora, IL 60507-8100
3602674          +E-mail/Text: amerenilcredit@ameren.com Jul 30 2015 18:05:28          Ameren IP,   PO Box 66884,
                  Saint Louis, MO 63166-6884
3602670           E-mail/Text: amerenilcredit@ameren.com Jul 30 2015 18:05:28          Ameren Illinois,   PO Box 66884,
                  Saint Louis, MO 63166-6884
3610156          +E-mail/Text: amerenilcredit@ameren.com Jul 30 2015 18:05:28          Ameren Illinois,
                  Credit and Collections,   2105 E State Route 104,   Pawnee, IL 62558-4681
3602686          +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2015 18:05:23          Capital One Bank,   c/o MCM,
                  Dept. 12421,   PO Box 603,   Oaks, PA 19456-0603
3602685          +E-mail/Text: egssupportservices@egscorp.com Jul 30 2015 18:05:29          Capital One Bank,
                  c/0 NCO Financial,   PO Box 15894,   Wilmington, DE 19850-5894
3608794          +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jul 30 2015 18:12:02          Charter Communications,
                  Attention: Cash Management,   4670 E. Fulton, Suite 102,   Ada, MI 49301-8409
3602690           E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Jul 30 2015 18:06:32          Charter Communications,
                  8413 Excelsior Dr. 120,   Madison, WI 53717-1970
3602699          +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 30 2015 18:05:35
                  Credit Collection Services,   Two Wells Ave Dept 773,   Newton Center, MA 02459-3225
3602700          +E-mail/Text: creditonebknotifications@resurgent.com Jul 30 2015 18:05:17          Credit One Bank,
                  PO Box 98872,   Las Vegas, NV 89193-8872
3602702           E-mail/Text: amccoyams@yahoo.com Jul 30 2015 18:05:27          Elite Imaging of Fairview,
                  c/o Affiliated Management Services,   PO Box 2119,   Mission, KS 66201-1119
3602704           E-mail/Text: memberarfinancialtransactions@express-scripts.com Jul 30 2015 18:05:21
                  Express Scripts,   PO Box 66580,   Saint Louis, MO 63166-6580
3602705           E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2015 18:05:23          First Bank of Deleware,
                  c/o Midland Credit Management,   PO Box 60578,   Los Angeles, CA 90060-0578
3602712           E-mail/Text: dleabankruptcy@hrblock.com Jul 30 2015 18:05:15          H & R Block,   PO BOX 3052,
                  Milwaukee, WI 53201-3052
3602713          +E-mail/Text: dleabankruptcy@hrblock.com Jul 30 2015 18:05:15          H & R Block Fee Center,
                  PO Box 2716,   Omaha, NE 68103-2716
3602714          +E-mail/Text: rev.bankruptcy@illinois.gov Jul 30 2015 18:05:25
                  Illinois Department of Revenue,   BK Unit Level 7-425,   100 West Randolph Street,
                  Chicago, IL 60601
3602721           E-mail/Text: cio.bncmail@irs.gov Jul 30 2015 18:05:19          IRS - Internal Revenue Service,
                  PO Box 21126,   Philadelphia, PA 19114
3602715           E-mail/Text: rev.bankruptcy@illinois.gov Jul 30 2015 18:05:25
                  Illinois Department of Revenue,   c/o Jeff Eisner,   Bankruptcy Section,   PO Box 64338,
                  Chicago, IL 60664-0338
3602716           E-mail/Text: bkynotice@harvardcollect.com Jul 30 2015 18:05:37
                  Illinois Department of Revenue,   c/o Harvard Collection Services Inc,   4839 N. Elston Ave.,
                  Chicago, IL 60630-2554
3602730           E-mail/Text: EDI@CACIONLINE.NET Jul 30 2015 18:05:21          Laclede Gas Company,   c/o CACi,
                  PO Box 270480,   Saint Louis, MO 63127-0480
3602729          +E-mail/Text: stacy@consumercollection.com Jul 30 2015 18:05:32          Laclede Gas Company,
                  c/o Consumer Collection Management,   PO Box 1839,   Maryland Heights, MO 63043-6839
3602735          +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2015 18:05:23          Midland Credit,   8875 Aero Drive,
                  San Diego, CA 92123-2255
3602738          +E-mail/Text: ecfnotices@dor.mo.gov Jul 30 2015 18:05:15          Missouri Department of Revenue,
                  c/o Susan Lissant,   General Counsel's Office,   PO Box 475,   Jefferson City, MO 65105-0475
3602739           E-mail/Text: ecfnotices@dor.mo.gov Jul 30 2015 18:05:15          Missouri Department of Revenue,
                  Bankruptcy Unit (income taxes),   PO Box 475,   301 W High Street,
                  Jefferson City, MO 65105-0475
3602740           E-mail/Text: ecfnotices@dor.mo.gov Jul 30 2015 18:05:15          Missouri Department of Revenue,
                  PO Box 385,   Jefferson City, MO 65105-0385
3602742          +E-mail/Text: newbk@Regions.com Jul 30 2015 18:05:29          Regions Bank,   St. Charles Rock Rd.,
                  10449 St. Charles Rock Rd.,   Saint Ann, MO 63074-1893
3602746           E-mail/Text: bankruptcy.noticing@security-finance.com Jul 30 2015 18:05:17
                  Security Financial Services,   204 E. Main Street,   Spartanburg, SC 29306
3602745          +E-mail/Text: bankruptcy.noticing@security-finance.com Jul 30 2015 18:05:17
                  Security Finance Corp.,   PO Box 811,   Spartanburg, SC 29304-0811
3602750          +E-mail/Text: steve.reuter@phfsgroup.com Jul 30 2015 18:05:16          St. Louis Loan #16,
                  1812 N. Illinois St.,   Belleville, IL 62226-2932
3602752           E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2015 18:05:23          T-Mobile,
                  c/o Midland Credit Management,   PO Box 60578,   Los Angeles, CA 90060-0578
3602753          +E-mail/Text: bankruptcy@cottonwoodfinancial.com Jul 30 2015 18:05:19          The Cash Store,
                  629 Wesley Drive,   Wood River, IL 62095-1970
3602754          +E-mail/Text: robert.mcalexander@insta-credit.com Jul 30 2015 18:05:27
                  Universal Credit Acceptance Inc,   910 N. Bluff Road,   Collinsville, IL 62234-5802
3602756          +E-mail/PDF: bk@worldacceptance.com Jul 30 2015 18:06:47          World Finance Corp.,
                  408 E. 16th Ave.,   Cordele, GA 31015-1672
3602757          +E-mail/PDF: bk@worldacceptance.com Jul 30 2015 18:06:47          World Finance Corp.,
                  101 S. Cherry St.,   O Fallon, IL 62269-2047
                                                                                              TOTAL: 36

```
District/off: 0754-3          User: nm              Page 3 of 3            Date Rcvd: Jul 30, 2015
                              Form ID: 243           Total Noticed: 91
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3602723*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  IRS-Internal Revenue Service,   PO Box 21125,
                 Philadelphia, PA 19114)
3602720*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   PO Box 21126,
                 Philadelphia, PA 19114-0326)
3602736       ##+Midwest Emergency Management,   PO Box 24397,   Fort Worth, TX 76124-1397
3602747       ##St. Elizabeth's Hospital,   Lock Box 4472,   Carol Stream, IL 60197-4472
                                                                    TOTALS: 0, * 2, ## 2
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2015 at the address(es) listed below:
              Russell C Simon   simontrustee@yahoo.com,  pacer@simonch13trustee.com
              United States Trustee   USTPRegion10.es.ecf@usdoj.gov
              William A Mueller - Mueller Associates   on behalf of Joint Debtor Robin Kay Brownlee
               belleville@tbcwam.com,  tbcbackup@yahoo.com
              William A Mueller - Mueller Associates   on behalf of Debtor Jesse James Brownlee
               belleville@tbcwam.com,  tbcbackup@yahoo.com
                                                                        TOTAL: 4
```